**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

ANDREW WELSH,
individually, and on behalf of all others
similarly situated,

Plaintiff,

-against-

26 **CIVIL** 0742 (JPO)

**JUDGMENT**

LOPH V, LLC, UNIVERSAL STUDIOS
HOTEL V, LLC, and LOEWS HOTELS
HOLDING CORP. d/b/a LOEWS
HOTELS & CO.

Defendants.

-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum & Order dated November 6, 2026, Defendants' motion to dismiss is GRANTED for lack of subject matter jurisdiction; accordingly, the case is closed.

**Dated:** New York, New York

November 10, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**